IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02560-LTB-CBS

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw (Doc 19 - filed April 7, 2008) is **GRANTED**. Susan Buckingham Reilly is allowed to withdraw as counsel for Plaintiff. Plaintiff will continue to be represented by Alyse S. Bass.

Dated: April 9, 2008
_____