**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02560-LTB-CBS

THE UNITED STATES OF AMERICA, and
LANCE LAZOFF,

       Plaintiffs,

v.

CITY OF COLORADO SPRINGS,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Joint Motion for Stay of Discovery (Doc 31 - filed July 1, 2008) is **GRANTED**. The parties are directed to file joint status reports every 20 days regarding resolution of this matter.

Dated: July 2, 2008
_____